IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LISA SHAHAN, as Wrongful Death
Representative of Ramon McGhee,

    Plaintiff,

v.                                                                      Case No. 2:25-cv-2006-MSN-cgc
                                                          JURY DEMAND

SHELBY COUNTY, TENNESSEE,
WELLPATH, LLC,
OSCAR WEBB,
PASCHAL IKE,
PAMELA WASHINGTON, NP,
ANDREA JONES,
DESTINY HADLEY,
GENISE WATSON,
RUBY BRIGHT,
JESSICA CLEAVES,
CHRISHALA YATES,

    Defendants.

---

## SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on July 11, 2025, at 10:00 a.m. before Judge Mark S. Norris via Microsoft Teams Video Conference. Present were Brice M. Timmons, and Craig A. Edgington, counsel for Plaintiff; Roy H. "Chip" Chockley, counsel for Defendant Shelby County, Tennessee; and Nelson Tyler Rainey and Courtney Clothier McLaren, counsel for Defendant WellPath, LLC.  At the conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):** Monday, August 25, 2025

**MOTIONS TO JOIN PARTIES:** Monday, September 8, 2025

**MOTIONS TO AMEND PLEADINGS:** Monday, September 8, 2025

**MOTIONS TO DISMISS:** Thursday, October 9, 2025

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**    **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** Monday, November 10, 2025

        Mediator must file Mediation Certification Form

    **(b)**    **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

        **MEDIATOR'S NAME:** Janice Holder

**COMPLETING ALL DISCOVERY:** Friday, February 6, 2026

    **(a)**    **DOCUMENT PRODUCTION AND INTERROGATORIES:** Wednesday, December 24, 2025

    **(b)**    **DEPOSITIONS AND REQUESTS FOR ADMISSIONS[1]:** Friday, February 6, 2026

    **(c)**    **EXPERT WITNESS DISCLOSURES (Rule 26):**

        **(1)**    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** Wednesday, January 7, 2026

        **(2)**    **DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:** Friday, February 6, 2026

        **(3)**    **EXPERT WITNESS DEPOSITIONS:** Friday, February 6, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** Monday, March 6, 2026

**FILING DISPOSITIVE MOTIONS[2]:** Friday, March 13, 2026

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

[2] Please review Judge Norris's preferences regarding use of an appendix when submitting materials in support of a motion.

**JOINT PROPOSED PRETRIAL ORDER DUE:** Friday, September 4, 2026

(E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Norris@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** Friday, September 11, 2026, at 10:00 a.m.

**JURY TRIAL:** Monday, September 21, 2026, at 9:30 a.m. Trial is anticipated to last approximately 5 days. The parties do not consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS**:

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information ("e-discovery") and have not reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the Court approves the parties' e-discovery plan.

Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

No depositions may be scheduled to occur after the discovery deadline. All motions, discovery requests, or other filings that require a response must be filed sufficiently in advance of the discovery deadline to enable the opposing party to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection that is the subject of the motion, if the default or the service of the response, answer, or objection occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection is waived.

The parties are ordered to engage in ADR before the deadline set forth above. Under ADR Rule 5.11(b) the mediator is to file a Mediation Certification within seven (7) days after the close of the mediation session reporting the date of the session, whether the case settled as a whole or in part and whether any follow up is scheduled. Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice via ECF confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall, be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. **<u>Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.</u>**

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court. Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

***<u>This Order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this Order will not be modified or extended.</u>***

**IT IS SO ORDERED**, this 11th day of July, 2025.

*s/ Mark S. Norris*  
MARK S. NORRIS  
UNITED STATES DISTRICT JUDGE