# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

LISA SHAHAN, as Wrongful Death
Representative of Ramon McGhee,

    Plaintiff,

v.

SHELBY COUNTY, TENNESSEE,
WELLPATH, LLC,
OSCAR WEBB,
PASCHAL IKE,
PAMELA WASHINGTON, NP,
ANDREA JONES,
DESTINY HADLEY,
GENISE WATSON,
RUBY BRIGHT,
JESSICA CLEAVES,
CHRISHALA YATES,

    Defendants.

Case No. 2:25-cv-2006-MSN-cgc
JURY DEMAND

## FIRST AMENDED SCHEDULING ORDER

Pursuant to the Order Granting Joint and Unopposed Motion to Amend Scheduling Order, deadlines in this matter are amended as follows:

**MOTIONS TO JOIN PARTIES:** Monday, December 8, 2025

**MOTIONS TO AMEND PLEADINGS:** Monday, December 8, 2025

**MOTIONS TO DISMISS:** Wednesday, January 7, 2026

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**     **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** Monday, February 9, 2026

Mediator must file Mediation Certification Form

    **(b)**    **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

    **MEDIATOR'S NAME:** Janice Holder

**COMPLETING ALL DISCOVERY:** Thursday, May 7, 2026

    **(a)**    **DOCUMENT PRODUCTION AND INTERROGATORIES:** Tuesday, March 24, 2026

    **(b)**    **DEPOSITIONS AND REQUESTS FOR ADMISSIONS[1]:** Thursday, May 7, 2026

    **(c)**    **EXPERT WITNESS DISCLOSURES (Rule 26)**:

        **(1)**    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** Monday, April 7, 2026

        **(2)**    **DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:** Tuesday, May 7, 2026

        **(3)**    **EXPERT WITNESS DEPOSITIONS:** Thursday, May 7, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** Thursday, June 4, 2026

**FILING DISPOSITIVE MOTIONS[2]:** Thursday, June 11, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE:** Friday, September 4, 2026

(E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Norris@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** Friday, September 11, 2026, at 10:00 a.m.

**JURY TRIAL:** Monday, September 21, 2026, at 9:30 a.m. Trial is anticipated to last approximately 5 days. The parties do not consent to trial before the Magistrate Judge.

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

[2] Please review Judge Norris's preferences regarding use of an appendix when submitting materials in support of a motion.

All other dates or relevant matters not amended above remain as previously set or ordered.

***Absent good cause, the above dates will not be further modified or amended***.

**IT IS SO ORDERED**, this 9th day of October, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE
