**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

LISA SHAHAN, as Wrongful Death
Representative of Ramon McGhee,

      Plaintiff,

v.                                      Case No. 2:25-cv-2006-MSN-cgc
                                          JURY DEMAND

SHELBY COUNTY, TENNESSEE,
WELLPATH, LLC,
OSCAR WEBB,
PASCHAL IKE,
PAMELA WASHINGTON, NP,
ANDREA JONES,
DESTINY HADLEY,
GENISE WATSON,
RUBY BRIGHT,
JESSICA CLEAVES,
CHRISHALA YATES,

      Defendants.

---

**SECOND AMENDED SCHEDULING ORDER**

---

Pursuant to the Court's rulings at the February 19, 2026, status conference in this matter, (*see* ECF No. 79), new deadlines in this matter in established and other deadlines are amended as follows[1]:

**DEFENDANT WELLPATH COMPELLED FULL RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS:** March 30, 2026

**PLAINTIFF'S MOTIONS TO AMEND PARTIES OR SEEK RELIEF IN THE BANKRUPTCY PROCEEDINGS PERMITTING IT TO LIFT THE STAY AND TO PROCEED AGAINST WELLPATH, LLC:** Tuesday, April 14, 2026

---

[1] The trial date and related deadlines are also included for ease of reference even though they have not been amended.

**MOTIONS TO AMEND PLEADINGS:** Thursday, May 14, 2026

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**    **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** Monday, June 29, 2026

        Mediator must file Mediation Certification Form

    **(b)**    **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

        **MEDIATOR'S NAME:** Janice Holder

**COMPLETING ALL DISCOVERY:** Friday, June 5, 2026

    **(a)**    **DOCUMENT PRODUCTION AND INTERROGATORIES:** Thursday, April 23, 2026[2]

    **(b)**    **DEPOSITIONS AND REQUESTS FOR ADMISSIONS:** Thursday, April 23, 2026[3]

    **(c)**    **EXPERT WITNESS DISCLOSURES (Rule 26)**:

        **(1)**    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** Thursday, May 7, 2026

        **(2)**    **DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION:** Friday, June 5, 2026

        **(3)**    **EXPERT WITNESS DEPOSITIONS:** Friday, June 5, 2026

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** Thursday, July 2, 2026[4]

**FILING DISPOSITIVE MOTIONS[5]:** Friday, July 10, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE:** Friday, September 4, 2026

---

[2] This does <u>not</u> apply to Wellpath's compelled responses that are due March 30, 2026.

[3] This does <u>not</u> apply to Wellpath's compelled responses that are due March 30, 2026.

[4] The parties proposed Friday, July 3, 2026, but the Court will be closed in observance of Independence Day.

[5] Please review Judge Norris's preferences regarding use of an appendix when submitting materials in support of a motion.

(E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Norris@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** Friday, September 11, 2026, at 10:00 a.m.

**JURY TRIAL:** Monday, September 21, 2026, at 9:30 a.m. Trial is anticipated to last approximately 5 days. The parties do not consent to trial before the Magistrate Judge.

All other dates or other relevant matters not amended above remain as previously set or ordered. ***Absent good cause, the above dates will not be further modified or amended***.

**IT IS SO ORDERED**, this 26th day of March, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE